UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALIK PRICE,

           Plaintiffs,

    v.

WINIBLE, INC.,

           Defendant.

No.  2:26-cv-00728-SCR

ORDER

On June 16, 2026, the Court issued an order to show cause ("OSC") directing Plaintiff to show cause why the action should not be dismissed for failure to effect service pursuant to Federal Rule of Civil Procedure 4(m).  In response, Plaintiff filed a return of service (ECF No. 5) indicating that Defendant was served on June 26, 2026.  Plaintiff also filed a response to the OSC (ECF No. 6) and a motion to extend time for service (ECF No. 7).  Having reviewed the submissions, the Court finds good cause for an extension of time.

Accordingly**, IT IS HEREBY ORDERED** that:

1.  The Court's OSC is discharged.

////

////

////

1

2.  The motion to extend time to complete service (ECF No. 7) is GRANTED.  The Court hereby extends the time for completion of service to July 15, 2026, and according to the return of service, service has now been completed.

SO ORDERED.

DATED: July 7, 2026

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2